DeFEBIO ET AL. *v.* COUNTY SCHOOL BOARD OF
FAIRFAX COUNTY ET AL.

No. 677, Misc. Decided June 16, 1958.

*C. Douglas Adams, Jr.* and *Albert I. Kassabian* for
appellants.

*A. S. Harrison, Jr.,* Attorney General of Virginia, *Kenneth C. Patty* and *R. D. McIlwaine, III,* Assistant Attorneys General, and *John C. Wood* for appellees.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon
the appeal was taken as a petition for writ of certiorari,
certiorari is denied.